UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **PNC BANK, N.A.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No.  1:17-cv-01081** |
| **RENE O. CAMPOS; 2013 TRAVIS OAK** | § | |
| **CREEK DEVELOPER, INC.; CHULA** | § | |
| **INVESTMENTS, LTD.; AND EUREKA** | § | |
| **MULTIFAMILY GROUP, L.P.,** | § | |
| | § | |
| **Defendants.** | § | |

## <u>NOTICE OF REMOVAL</u>

1.      Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Rene O. Campos, 2013 Travis Oak Creek Developer, Inc., Chula Investments, Ltd., and Eureka Multifamily Group, L.P. (collectively "Removing Defendants"), who are all of the named Defendants in the removed state court action described herein, file this Notice of Removal to remove Cause No. D-1-GN-17-006241, styled *PNC Bank, N.A. v. Rene O. Campos; 2013 Travis Oak Creek Developer, Inc.; Chula Investments, Ltd.; and Eureka Multifamily Group, L.P.* (the "State Court Action") from the 201st District Court of Travis County, Texas, to the United States District Court for the Western District of Texas, Austin Division.  This Court's original jurisdiction is based upon 28 U.S.C. § 1332 (diversity).

2.      This Notice of Removal is supported by the facts set forth below and copies of the entirety of the filings in the State Court Action, attached hereto as **Exhibit A** (which comprises only the Original Petition).

3.      This Notice of Removal also is supported by the facts, pleadings and orders in a related case that presently is pending in this Court, before The Honorable Robert L. Pitman.  More particularly, Plaintiff and Removing Defendants (other than Eureka Multi-Family Group, L.P.)

presently are parties to Civil Action No. 4:17-cv-00584-RP-ML, *PNC Bank, N.A., et al. v. 2013 Travis Oak Creek GP, LLC, 2013 Travis Oak Creek Developer, Inc., Chula Investments, Ltd. and Rene O. Campos* (the "Pending, Related Western District Case"). The Pending, Related Western District Case involves the same and/or a substantial overlap in relevant subject matters and transactions that are the subject of the removed State Court Action, and all of the parties to the removed State Court Action (except for one Defendant) already are parties to the Pending, Related Western District Case.

4.    The State Court Action is properly removable to federal court pursuant to 28 U.S.C. §§ 1332 and 1441. The Court has, may and should exercise diversity jurisdiction over the State Court Action because it is a civil action between citizens of different states, in which the amount in controversy exceeds the sum of $75,000, exclusive of costs and interest, and the Removing Defendants have satisfied the procedural requirements for removal. It is apparent from the face of the Original Petition that the amount in controversy in the State Court Action exceeds $1 million (see paragraph 9 of the Original Petition). At the time this action was filed and at all times since, Plaintiff PNC Bank, N.A. was and is a federally chartered bank with its principal place of business in Pittsburgh, Pennsylvania, where Plaintiff is a citizen for jurisdictional purposes. Plaintiff previously has judicially admitted, in the United States District Court for the Western District of Texas, that it is a citizen of Pennsylvania. At the time the State Court Action was filed and at all times since, all of the Removing Defendants have been citizens of Texas.

5.    Removing Defendants are mindful of 28 U.S.C. § 1441(b)(2) and show that it does not preclude this removal because no Defendant has been served as of the time of this removal. *See, e.g., Reynolds v. Personal Representative of the Estate of Christopher Johnson,* 139 F. Supp. 3d 838, 841-42 (W.D. Tex. 2015).

6.      Additionally, there is no reasonable possibility that Plaintiff can recover the relief it is seeking in the State Court Action.  Plaintiff's suit in the State Court Action arises out of the same transactions and occurrences that are the subject matter of its claims in the Pending, Related Western District Case – which is the first-filed suit between and among all of the parties to the State Court Action (except for Defendant Eureka Multi-Family Group, L.P.) – and thus it must be pleaded and adjudicated in the Pending, Related Western District Case, where the issues already have been joined.  The State Court Action would be subject to stay or abatement, and ultimately *res judicata*.[1]

7.      Pursuant to 28 U.S.C. § 1446(a) and the Court's local rules, copies of all process, pleadings, orders and other documents on file with the District Court of Travis County, if any, are attached hereto (*See* **Exhibit A**).  The docket sheet was unobtainable as of the filing of this Notice and **Exhibit A** comprises the sole filing in the State Court Action-- Plaintiff's Original Petition.

8.      This Notice of Removal is timely and properly filed pursuant to 28 U.S.C. § 1446(b) because it is being filed within 30 days following receipt of Plaintiff's Original Petition by the Removing Defendants in the State Court Action. All of the Removing Defendants – who are all of the defendants in the removed State Court Action -- consent to and join in this removal.

9.      Pursuant to 28 U.S.C. § 1446(a) and the Court's local rules, a Certificate of Interested Parties is attached hereto (*See* **Exhibit B**).

10.      A copy of this Notice of Removal is being filed with the Clerk of the District Court of Travis County, as required by law.  Written notice of removal also is being given to Plaintiff PNC Bank, N.A., by and through its attorneys of record.

---

[1] The State Court Action is a suit to enforce a written guaranty agreement in which the parties agreed that exclusive jurisdiction with respect to any action by or against a party to the agreement rests in the state and federal courts in Austin, Travis County, Texas.

11.     Removing Defendants reserve the right to amend or supplement this Notice of Removal.

12.     Removing Defendants respectfully request that this case be assigned to Judge Robert L. Pitman given the relationship of the State Court Action and the Pending, Related Western District Case that is detailed above.

WHEREFORE, the Removing Defendants pray that the State Court Action be removed to the United States District Court for the Western District of Texas, that the State Court proceed no further, and that the Removing Defendants be awarded any other relief to which they may be entitled.

Dated:  November 14, 2017

Respectfully submitted,

*/s/ Kenneth B. Chaiken*
Kenneth B. Chaiken
State Bar No.  04057800
kchaiken@chaikenlaw.com

**CHAIKEN & CHAIKEN, P.C.**
Legacy Town Center III
5801 Tennyson Parkway
Plano, Texas 75024
(214) 265-0250 telephone
(214) 265-1537 facsimile

William S. Rhea
State Bar No. 16807100
brhea@dbc.com

**DuBOIS, BRYANT & CAMPBELL, LLP**
303 Colorado Street, Suite 2300
Austin, TX  78701
(512) 457-8000
(512) 457-8008 (Facsimile)

Karl S. Stern
State Bar No. 19175665
karlstern@quinnemanuel.com

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
711 Louisiana Street, Suite 500
Houston, Texas 77002
(713) 221-7000
(713) 221-7100 (Facsimile)

**ATTORNEYS FOR
REMOVING DEFENDANTS**

## CERTIFICATE OF SERVICE

 I hereby certify that the foregoing document was served on all counsel of record via the Court's electronic filing system on this 14th day of November 2017.

       */s/ Kenneth B. Chaiken*
       Kenneth B. Chaiken

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
PNC Bank, N.A.

**DEFENDANTS**
Rene O. Campos; 2013 Travis Oak Creek Developer, Inc., Chula Investments, Ltd.; and Eureka Multifamily Group, L.P.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Travis
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*
Kenneth B. Chaiken, Chaiken & Chaiken, P.C.
5801 Tennyson Parkway, Suite 440
Plano TX 75024

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1  U.S. Government Plaintiff
- ❏ 2  U.S. Government Defendant
- ❏ 3  Federal Question *(U.S. Government Not a Party)*
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ☒ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | | | ❏ 820 Copyrights | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 830 Patent | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 340 Marine | | | ❏ 835 Patent - Abbreviated New Drug Application | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ❏ 840 Trademark | ❏ 460 Deportation |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 371 Truth in Lending | ❏ 720 Labor/Management Relations | ❏ 861 HIA (1395ff) | ❏ 480 Consumer Credit |
| ☒ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 380 Other Personal Property Damage | ❏ 740 Railway Labor Act | ❏ 862 Black Lung (923) | ❏ 490 Cable/Sat TV |
| ❏ 195 Contract Product Liability | ❏ 362 Personal Injury - Medical Malpractice | ❏ 385 Property Damage Product Liability | ❏ 751 Family and Medical Leave Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 196 Franchise | | | ❏ 790 Other Labor Litigation | ❏ 864 SSID Title XVI | ❏ 890 Other Statutory Actions |
| | | | ❏ 791 Employee Retirement Income Security Act | ❏ 865 RSI (405(g)) | ❏ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ❏ 893 Environmental Matters |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 895 Freedom of Information Act |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 896 Arbitration |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | ❏ 950 Constitutionality of State Statutes |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** ❏ 540 Mandamus & Other | ❏ 462 Naturalization Application | | |
| | ❏ 448 Education | ❏ 550 Civil Rights | ❏ 465 Other Immigration Actions | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ❏ 1  Original Proceeding
- ☒ 2  Removed from State Court
- ❏ 3  Remanded from Appellate Court
- ❏ 4  Reinstated or Reopened
- ❏ 5  Transferred from Another District *(specify)*
- ❏ 6  Multidistrict Litigation - Transfer
- ❏ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC Sections 1332, 1441 and 1446
Brief description of cause:
Suit for breach of guaranty

## VII. REQUESTED IN COMPLAINT:
❏ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $  > $1 million
CHECK YES only if demanded in complaint:
JURY DEMAND:   ❏ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE  Robert L. Pitman
DOCKET NUMBER  4:17-cv-00584-RP-ML

DATE
11/14/2017
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____